**KENT MACHINE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 10546.**

Circuit Court of Appeals, Sixth Circuit.
April 20, 1948.

John D. Wortman, of Akron, Ohio, for petitioner.

Theron L. Caudle, of Washington, D. C., for respondent.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and on the briefs and oral arguments of attorneys for the contending parties; and it appearing that the decision of

the tax court, based on its findings of fact supported by substantial evidence, is correct for the reasons stated in the court's opinion; the decision of the tax court is affirmed.